## WALTER TWACHTMAN, JR. *v.* FRANK HASTINGS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 661 (AC 17924), is denied.

*Neil F. Murphy, Jr.*, and *P. Jo Anne Burgh*, in support of the petition.

*Walter Twachtman, Jr.*, in opposition.

Decided July 7, 1999

## STATE OF CONNECTICUT *v.* TAURUS KENNEY

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 305 (AC 17352), is denied.

*Norman A. Pattis*, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided July 7, 1999